**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 10-6305**

———————————

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

RONALD CHRISTOPHER NEAL,

          Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. James A. Beaty, Jr., Chief District Judge. (2:94-cr-00300-JAB-4)

———————————

Submitted: June 16, 2011          Decided: June 28, 2011

———————————

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ronald Christopher Neal, Appellant Pro Se. Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Christopher Neal appeals the district court's order denying in part his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>United States v. Neal</u>, No. 2:94-cr-00300-JAB-4 (M.D.N.C. Jan. 11, 2010).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>